## Richard T. CHADWELL

v.

## R.I. BOARD OF ELECTIONS.

No. 84–397–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Lawrence L. Goldberg, Pawtucket, for petitioner.

Anthony J. Bucci, Providence, for respondent.

ORDER

The petition for certiorari is denied as moot.